**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1846**

BRANDACE JARREAU ROSEVELT:HOPPER,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; LAWRENCE W. BLAKE, d/b/a Substitute Trustee Services, Inc.; HUTCHENS LAW FIRM; FRANK D. WHITNEY; HILTON TERRY HUTCHENS, JR.; ROCKET MORTGAGE, LLC; ELISA CHINN-GARY; DONALD C. COGGINS, JR.,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Donald C. Coggins, Jr., District Judge.  (3:22-cv-00259-DCC-KFM)

Submitted:  April 20, 2023                     Decided:  April 24, 2023

Before KING and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Brandace Jarreau Rosevelt:Hopper, Appellant Pro Se.  Jeffrey Allen Bunda, HUTCHENS LAW FIRM, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandace Jarreau Rosevelt:Hopper seeks to appeal the orders issued in his pending civil action denying his motions for recusal of the district court and magistrate judges and denying his request for reconsideration of the orders denying recusal. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders Rosevelt:Hopper seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*